FILED
2020 Mar-03 AM 09:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| **RANDALL O. BENEFIELD,** | } |
| Plaintiff, | } |
| v. | } Civil Action No.: 6:18-cv-1760-RDP |
| **SOCIAL SECURITY ADMINISTRATION, COMMISSIONER,** | } |
| Defendant. | } |

## MEMORANDUM OPINION

On January 13, 2020, the Magistrate Judge's Report and Recommendation (Doc. #19) was entered and the parties were allowed fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the decision of the Commissioner be reversed.

A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this March 3, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE